**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JASON RODRIGUEZ,

                Plaintiff,                23 **CIVIL** 10564 (MMG)(JLC)

      -v-                           **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 11, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and issuance of a new decision.

**Dated:**  New York, New York
          July 12, 2024

                                                    **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                          **BY:**          *K. Mango*

                                                   **Deputy Clerk**